## MITCHELL L. PASHKIN, ATTORNEY AT LAW

### DEBT COLLECTION DEFENSE     CONSUMER PROTECTION

### COURT ACTIONS, TRIALS AND APPEALS

Mitchell L. Pashkin, Esq., Principal

<u>Admitted</u>
Supreme Court of the United States
United States Court of Appeals for the Second Circuit
Eastern, Northern, Southern, and Western Federal District of New York
New York State

                       Tel:   (631) 335-1107
                       Fax:  (631) 824-9328

                       mpash@verizon.net

<u>775 PARK AVENUE, STE. 255, HUNTINGTON, NY  11743</u>

Honorable Joseph J. Bianco
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: 2:17-cv-04112-JFB-SIL
   Iadevaio v. LTD Financial Services, LP
   Status Letter

August 29, 2019

Dear Judge Bianco:

  Plaintiff withdraws all remaining causes of action.

Sincerely,
*Mitchell L. Pashkin*
Mitchell L. Pashkin